# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5003
_____

THE GUARDIAN AD LITEM
PROGRAM and the FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellants,

     v.

S.G. and E.G.,

     Appellees.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

March 12, 2019


PER CURIAM.

     AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville; Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellants.

Crystal McBee Frusciante, Office of Criminal Conflict and Civil Regional Counsel, Region One, Sunrise, for Appellee, S.G.; Lara A. Mason, Ponte Vedra Beach, for Appellee, E.G., for Appellees.